Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



**MEMORANDUM OPINION**

No. 04-10-00819-CV

Celso **MARTINEZ**,
Appellant

v.

**PINNACLE PARTNERS FINANCIAL CORPORATION**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-02440
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:    February 9, 2011

DISMISSED

The clerk's record was due on January 3, 2011, and has not been filed. On December 27, 2010, the trial court clerk filed a notification of late record stating that appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, and appellant is not entitled to appeal without paying the fee. On December 29, 2010, this court ordered appellant to show cause in writing by January 10, 2011, why this appeal should not be dismissed for want of

prosecution. Appellant did not respond. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM